UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| CHRISTINE JOHNSON, | ) | |
| Plaintiff, | ) | 2:07-CV-01509-PMP-PAL |
| vs. | ) | **ORDER** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

The Court has conducted a <u>de novo</u> review of the proceedings in this case giving rise to the Findings and Recommendation of the Honorable Peggy A. Leen, United States Magistrate Judge (Doc. #31), filed on April 28, 2010. No objections thereto have been filed by either party, and the Court finds Magistrate Judge Leen's Findings and Recommendation (Doc. #31) should be affirmed.

**IT IS THEREFORE ORDERED that** Findings and Recommendation of Magistrate Judge Leen, (Doc. #31) are hereby AFFIRMED and this action is forthwith remanded to the Commissioner of Social Security for further proceedings consistent with Magistrate Judge Leen's Findings and Recommendation.

DATED: May 24, 2010.

_____
PHILIP M. PRO
United States District Judge