UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| CHRISTINE JOHNSON, ) | 2:07-CV-01509-PMP-PAL |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| MICHAEL J. ASTRUE, ) COMMISSIONER OF SOCIAL ) SECURITY, ) | |
| Defendant. ) | |

The Court having read and considered Plaintiff Christine Johnson's Application for Award of Attorney's Fees (Doc. #37), filed on July 7, 2010, Defendant's Response in thereto (Doc. #38) and good cause appearing,

**IT IS ORDERED that** Plaintiff Johnson's Application for Award of Attorney's Fees (Doc. #37) is **GRANTED** to the extent that Defendant's shall pay to Plaintiff Christine Johnson within **60 days** of the date of this Order the sum of **$8,500** as and for reasonable attorney fees for 50 hours of attorney time expended.

DATED: August 3, 2010.

_____
PHILIP M. PRO
United States District Judge