# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Christine Johnson

                Plaintiff,

V.

Michael J. Astrue

                Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:07-cv-01509-PMP-PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Judgment for attorney fees is hereby entered in favor of Plaintiff Christine Johnson, and against Defendant Michael J. Astrue,  Defendant shall pay to Plaintiff Christine Johnson within 60 days of the date of the Order the sum of $8,500 as and for reasonable attorney fees for 50 hours of attorney time expended.

8/4/2010  
Date

/s/ Lance S. Wilson  
Clerk

/s/ Sutawnee Duckro  
(By) Deputy Clerk