**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CHRISTINE JOHNSON, | 2:07-cv-01509-PMP-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

Before the Court for consideration is Richard E. Donaldson's, Esq.'s First Amended Application for Award of Attorney's Fees (Doc. #42) filed October 26, 2010. Also before the Court is the Motion Protesting Fees (Doc. #43) filed October 20, 2010 *pro se* by Plaintiff Christine Johnson. The Court heard arguments regarding both motions on December 6, 2010. Having considered the foregoing, as well as the Response of Defendant Astrue (Doc. #46) filed November 9, 2010, the Court finds that Richard E. Donaldson, Esq.'s First Amended Application for Award of Attorney's Fees (Doc. #42) should be granted to the extent that Mr. Donaldson should be awarded an attorney's fee representing 25% of Plaintiff's past-due benefits or a total of $34,263.12, which sum must be reduced by the $8,500.00 EAJA fees that counsel previously accepted for his work before the Court, thereby resulting in a net total attorney's fees of $25, 763.12.

**IT IS SO ORDERED.**

DATED: December 7, 2010.

PHILIP M. PRO
United States District Judge