# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Christine Johnson,

          Plaintiff,

V.

Michael J. Astrue, et al.,

          Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:07-cv-01509-PMP-PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

Richard E. Donaldson should be awarded an attorney's fee representing 25% of Plaintiff's past-due benefits or a total of $34,263.12, which sum must be reduced by the $8,500.00 EAJA fees that counsel previously accepted for his work before the Court, thereby resulting in a net total attorney's fees of $25, 763.12.

December 7, 2010                    /s/ Lance S. Wilson

Date                                            Clerk

                                                         /s/ Aaron Blazevich

                                                         (By) Deputy Clerk