# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTINE JOHNSON, | 2:07-cv-01509-PMP-PAL |
| Plaintiff, | **ORDER** |
| vs. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendants. | |

**IT IS ORDERED that** Plaintiff Christine Johnson's Request and Motion for Reconsideration of Award of Attorney's Fees (Doc. #53), filed December 8, 2010, is hereby **DENIED**.

DATED: January 11, 2011.

_____
PHILIP M. PRO
United States District Judge