# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHRISTINE JOHNSON,<br><br>            Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendants. | 2:07-cv-01509-PMP-PAL<br><br>**ORDER** |

**IT IS ORDERED that** Plaintiff Christine Johnson's Motion for Consideration (Doc. #50), filed on December 6, 2010, is hereby **DENIED**.

DATED: February 2, 2011.

_____
PHILIP M. PRO
United States District Judge