# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHRISTINE JOHNSON,<br><br>          Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendants. | 2:07-cv-01509-PMP-PAL<br><br>**ORDER** |

Upon review of this action on Remand from the United States Court of Appeals for the Ninth Circuit, and having considered the arguments of counsel presented at the hearing conducted September 4, 2012 (Doc. #67), the Court finds that its Order (Doc. #51) granting attorney's fees to Plaintiff's counsel was in error because it failed to award the 25% attorney's fee to the entire award secured in this case.

**IT IS THEREFORE ORDERED that** the Motion for Reconsideration of Award of Attorney's Fees (Doc. #53) previously filed by Plaintiff's counsel, Richard E. Donaldson, is **GRANTED** and that Donaldson is hereby awarded an attorney's fee representing 25% of Plaintiff's past-due benefits, or $48,547.00, minus $8,500.00 to be refunded to Plaintiff Christine Johnson, resulting in a total attorney's fee of $40,047.00.

DATED:   January 4, 2013.

_____
PHILIP M. PRO
United States District Judge