AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Christine Johnson,

                Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

Michael J. Astrue,

Case Number: 2:07-cv-01509-PMP -PAL

                Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

Richard E. Donaldson is hereby awarded an attorney's fee representing 25% of Plaintiff's past-due benefits, or $48,547.00, minus $8,500.00 to be refunded to Plaintiff Christine Johnson, resulting in a total attorney's fee of $40,047.00.

January 4, 2013

Date

/s/ Lance S. Wilson

Clerk

/s/ Summer Rivera

(By) Deputy Clerk