AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Christine Johnson,

    Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

Michael J. Astrue,

Case Number: 2:07-cv-01509-PMP-PAL

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

Richard E. Donaldson is hereby awarded an attorney's fee representing 25% of Plaintiff's past-due benefits, or $48,547.00, minus $8,500.00 to be refunded to Plaintiff Christine Johnson, resulting in a total attorney's fee of $40,047.00.

| January 4, 2013 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Summer Rivera |
| | (By) Deputy Clerk |